STATE OF NEW JERSEY v. DWIGHT EARP.

September 22, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. OSCAR TORO CIFUNENTES.

September 22, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. HUGO BASTERRECHEA.

September 22, 1987.

Petition for certification denied.

DENNIS AUJERO v. JOHN CIRELLI, JR., D/B/A LUIGI'S
RESTAURANT AND PIZZERIA.

September 22, 1987.

Petition for certification granted.